AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Schneider, Michael H | 2. Court or Organization<br><br>Eastern District of Texas | 3. Date of Report<br><br>05/12/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>221 W.Ferguson, Room 100<br>Tyler, TX 75702 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Trustees | Lon Morris College |
| 2. Ex Officio Member, Board of Directors (Liaision: Federal Courts in Texas) | State Bar of Texas |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 09/1990 | Employment Retirement System of Texas. Began employment September 1990. Pension payments began September 2004. Pension payments began September 2004. |
| 2. 09/1990 | Harris County Retirement System of Texas, Harris County, Texas. Now eligible, but no pension payments drawn as of report date. |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schneider, Michael H | 05/12/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Employment Retirement System of Texas | $ 60,015.12 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Self-Employed (Government Relations Consultant) |
| 2. 2005 | Employment Retirement System of Texas |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. State Bar of Texas, Board of Directors | Dallas, TX, June 23 - 25, Annual Board Directors meeting (meals, transportation, hotel) |
| 2. State Bar of Texas, Board of Directors | Horseshoe Lake, TX, June 9 - 10, New Directors meeting (meals and transportation) |
| 3. Stephen F. Austin State University | Nacogdoches, TX, October 19 - 20, Swear-in new regents (meals and hotel) |
| 4. Stephen F. Austin State University | Nacogdoches, TX, October 28 - 29, Homecoming Parade Marshall (meals and hotel) |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schneider, Michael H | 05/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Credit Cards | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schneider, Michael H | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ING Stable Value Account | A | Distribution | J | T | | | | | |
| 2. Fidelty US Bond Index Fund | A | Distribution | J | T | | | | | |
| 3. Vanguard Institutional Index Fund | A | Distribution | J | T | | | | | |
| 4. First Eagle Fund of America | A | Distribution | J | T | | | | | |
| 5. Lord Abbett Small Cap Value | A | Distribution | J | T | | | | | |
| 6. Bank of America Accounts | B | Interest | M | T | | | | | |
| 7. Bank of America (IRAs) (CDs) | A | Interest | K | T | | | | | |
| 8. Tyco Common Stock | A | Dividend | J | T | | | | | |
| 9. BlackrockGovt Fund (Formerly State St. Research Fund) | A | Dividend | K | T | Partial Sale | 02/03 | K | E | |
| 10. Wells Fargo Account | | None | K | T | | | | | |
| 11. Van Kampen Senior Loan Fund | A | Dividend | K | T | | | | | |
| 12. ICMA Plus Fund (1) | A | Dividend | K | T | | | | | |
| 13. Compass Bank Account | | None | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VI, line 2 - The name of " Chase Credit Cards" has relaced "Chase Manhattan Bank" (see previous report, Part VI, line 2) to more accurately identify the creditor.

2. Part VII, page 1, line 1, column A - The word "Account" replaces "Amount" to correctly name the asset "ING Stable Value Account" (see previous report, Part VII, page 1, line I, column A wherein asset is incorrectly named "ING Stable Value Amount").

3. Part VII, page 1, line 2, column A - The word "Index" has been inserted into the asset name "Fidelity US Bond Index Fund" ( see previous report Part VII, page 1, line 2, column A wherein asset name "Fidelity US Bond Fund" listed is incorrect).

4. Part VII, page 1, line 7, column A - The name of the asset "Bank of America (IRA) (CDs)" has replaced "Bank of America IRA" (see previous report Part VII, page 1, line 7, column A).

5. Part VII, page 1, line 9, column A - "State Street Research Govt Income Fund Class A" name was changed to "Blackrock Interm Govt Bd Port CL A" because of a merger. As reported, on February 3, 2005, part of BlackRock's shares were sold.

6. Previous report, Part VI, line 1 - Liability level listed (American Express) is below the reporting threshold level for 2005 reporting period.

7. Previous report, Part VI, line 3 - Liability level listed (Bank One) is below the reporting threshold level for 2005 reporting period.

8. Previous report, Part VII, page 1, line 5, column C(2) - The value method code for "Lord Abbett Small Cap Value" listed is incorrect. "T" (Cash/Market) is the correct value method code.

9. Previous report, Part VII, page 1, line 13 - Values and income of asset listed (Compass Bank) are below the reporting threshold value for 2005 reporting period.

10. Previous report, Part VII, page 1, line 14 - Values and income of asset listed (ML Retirement Reserves CL. 1) are below the reporting threshold value for 2005 reporting period.

| Name of Person Reporting | Date of Report |
|---|---|
| Schneider, Michael H | 05/12/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu_____ Date _May 14, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544